UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHAN HECHT,<br><br>    Plaintiff,<br><br>  - against-<br><br>SUNRISE CREDIT SERVICES<br><br>    Defendant. | Civil Action No.: 10- 1212 (CFD)<br><br>**Voluntary Dismissal with Prejudice Pursuant to Rule 41** |

  PLEASE TAKE NOTICE that the Plaintiff, through her attorney, Lawrence Katz, pursuant to Rule 41 of the Federal Rules of Civil Procedure does hereby withdraw this action against the defendant with prejudice.

Dated: Cedarhurst, New York
   October 5, 2010

                Respectfully submitted,

                *s\Lawrence Katz*
                Lawrence Katz
                Law Offices of Lawrence Katz PC
                445 Central Avenue, Suite 201
                Cedarhurst, New York 11516
                Telephone (516) 374-2118
                Facsimile  (516) 706-2404